HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00117-JLT |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| FRANCISCO SANTANA, | |
| Defendant. | |

Defendant, Francisco Santana, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

Mr. Santana was sentenced to 42 months in custody and 3 years of supervised release. Mr. Santana was released on January 14, 2022, and has completed more than half of his supervised release. Mr. Santana submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing Mr. Santana Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: February 26, 2024          */s/ Eric V Kersten*
                                  ERIC V. KERSTEN
                                  Assistant Federal Defender
                                  Branch Chief, Fresno Office

# **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **February 26, 2024**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE